IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATERA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-1352 (LPS) |
| | ) |
| GENOSITY INC., | ) **JURY TRIAL DEMANDED** |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO DISMISS AND TO STRIKE
CERTAIN AFFIRMATIVE DEFENSES AND COUNTERCLAIMS IN
DEFENDANT'S ANSWER AND COUNTERCLAIMS**

Plaintiff Natera, Inc., by and through its undersigned counsel, respectfully moves this Natera, Inc. requests under Federal Rules of Civil Procedure 12(b) and 12(f) that the Court dismiss Genosity Inc.'s inequitable conduct counterclaim and strike the affirmative defenses of inequitable conduct, unclean hands, and prosecution history laches set forth in its February 15, 2021, Answer and Counterclaims. D.I. 9. The pleading fails to comply with Rule 9(b) pleading requirements. Genosity failed to specifically plead plausable allegations to support the claim and defenses, including "but-for" materiality and specific intent to deceive. Further, because of Genosity's substantial reliance on ArcherDX's Ruler 12(c) motion, adjudicated by this Court in *Natera, Inc. v. ArcherDX, Inc.*, No. 20-125-LPS, for the bases of its claims, Genosity should be denied leave to amend its answer to try cure these deficiencies.

The grounds for this motion are fully set forth in Natera's Opening Brief in support of this motion and the request for judicial notice, filed concurrently herewith.

|  |  |
|---|---|
| OF COUNSEL:<br><br>William G. Gaede, III<br>Bhanu K. Sadasivan<br>MCDERMOTT WILL & EMERY LLP<br>275 Middlefield Road, Suite 100<br>Menlo Park, CA  94025<br>(650) 815-7400<br><br>March 8, 2021 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Derek J. Fahnestock*<br>_____<br>Jack B. Blumenfeld (#1014)<br>Derek J. Fahnestock (#4705)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>dfahnestock@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Plaintiff Natera, Inc.* |

**RULE 7.1.1 CERTIFCATE**

Pursuant to D. Del. LR 7.1.1, counsel for Plaintiff, including Delaware counsel, certifies that a reasonable effort has been made to reach agreement with counsel for Defendant on the subject matter of this motion and that the parties were unable to reach agreement.

*/s/ Derek J. Fahnestock*

Derek J. Fahnestock (#4705)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 8, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant Genosity Inc.* | *VIA ELECTRONIC MAIL* |
| Filko Prugo, Esquire<br>Charlotte Jacobsen, Esquire<br>ROPES & GRAY LLP<br>1211 Avenue of the Americas<br>New York, NY  10036-8704<br>*Attorneys for Defendant Genosity Inc.* | *VIA ELECTRONIC MAIL* |
| Keyna Chow<br>ROPES & GRAY LLP<br>1900 University Avenue, 6th Floor<br>East Palo Alto, CA  94303<br>*Attorneys for Defendant Genosity Inc.* | *VIA ELECTRONIC MAIL* |
| Brendan McLaughlin<br>ROPES & GRAY LLP<br>2099 Pennsylvania Avenue, N.W.<br>Washington, DC  20006-6807<br>*Attorneys for Defendant Genosity Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Derek J. Fahnestock*
_____
Derek J. Fahnestock (#4705)