IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATERA, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 20-1352 |
| GENOSITY INC., | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **14th** day of **March, 2022**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that Plaintiff's motion to dismiss and strike (D.I. 12) is **DENIED**.

_____
UNITED STATES DISTRICT JUDGE